IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BILLY REESE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:18-CV-372-WHA |
| ) | |
| JAMES BRAZIER, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On June 1, 2018, the Magistrate Judge entered a Recommendation (Doc. #14) to which no objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to file comply with the orders of this court;

3. No costs are taxed.

A separate Final Judgment will be entered.

DONE this 21st day of June, 2018.

    /s/ W. Harold Albritton
    SENIOR UNITED STATES DISTRICT JUDGE